# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

LADARRELLE RHAMER DIXON,       *
                                *
      Petitioner,              *    CIVIL ACTION NO.: 2:21-cv-27
                                *
v.                              *
                                *
SHERIFF NEAL JUMP,              *
                                *
      Respondent.              *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  Petitioner LaDarrelle Dixon ("Dixon") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Dixon's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus based on his failure to exhaust his state remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.  The Court **DENIES**

AO 72A
(Rev. 8/82)

Dixon *in forma pauperis* status on appeal and a Certificate of Appealability.

      **SO ORDERED**, this _____ day of _____July_____, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2