AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LADARRELLE RHAMER DIXON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:21-cv-27

SHERIFF NEAL JUMP,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's July 1, 2022 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice for failure to exhaust his state remedies. Additionally, Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

July 17, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk